UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

IN RE:  Case No. 11-70387

JOHN W. CARROLL,  CHAPTER 13 PLAN
                       Debtor
-------------------------------------------------------------x

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee and the debtor(s) shall pay to the trustee for a total period of 60 months, the sum of:

    $330.00 commencing February 2011 through and including January 2014 for a period of 36 months;

2. From the payments so received, the trustee shall make disbursements as follows:
    (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507, including Alan Pressman, Esq., in the amount of $3,900.00 within the Plan.

    (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

ALL POST-PETITION PAYMENTS, INCLUDING BUT NOT LIMITED TO, MORTGAGE PAYMENTS, VEHICLE PAYMENTS, REAL ESTATE TAXES AND INCOME TAXES, TO BE MADE OUTSIDE OF THE PLAN BY THE DEBTOR(S).

    The balance owed on the debtor's car loan (on his 2007 Toyota Sienna) with Teachers Federal Credit Union shall be crammed down (and, as such, reduced) to its present value. The debtor shall make current monthly payments to Teachers Federal Credit Union outside the Plan, to pay off the crammed down outstanding balance.

    (c) Subsequent and/or concurrently with distribution to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows: **Unsecured creditors who file timely allowed claims shall receive not less than 10 cents on the dollar.**

3. All lease agreements are hereby assumed, unless specifically rejected as follows: NONE

4. During the pendency of this case, if unsecured creditors are paid, pursuant to paragraph 2(c), <u>less than one hundred percent (100%)</u>, the debtor(s) shall provide the Trustee with signed copies of filed federal and state tax returns for each year no later than April 15th of the year following the tax period. Indicated tax refunds are to be paid to the Trustee upon receipt; however, no later than June 15th of the year in which the tax returns are filed.

Title to the debtor(s) property, shall revest in the debtor(s) upon completion of the plan or dimsiall of the case, <u>unless otherwise provided in the Order confirming this plan.</u> Throughout the term of this plan, the debtor(s) will not incur post-petition debt over $1,500.00 without written consent of the Chapter 13 trustee or the Court.

X_____
JOHN W. CARROLL, Debtor
Dated: 2/7/11

_____
Attorney for Debtor(s)